FILED

05/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0133

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0133

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

CHARLES ANDREW DRURY,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including June 27, 2022, within which to prepare, file, and serve Appellant's opening brief on appeal.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 16 2022